AARON D. LOVAAS, ESQ.
Nevada Bar No. 5701
aaron@globalbusinesslawyersusa.com
KRISTAN E. LEHTINEN, ESQ.
Nevada Bar No. 8155
kristan@globalbusinesslawyersusa.com
**GLOBAL BUSINESS LAWYERS**
**LOVAAS & LEHTINEN, P.C.**
6128 W. Sahara Ave.
Las Vegas, NV 89146
Phone: (702) 388-1011
Fax: (702) 387-1011
Attorneys for Plaintiff
D.I. FOOD & BEVERAGE OF LAS VEGAS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| D.I. FOOD & BEVERAGE OF LAS VEGAS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RICK'S CABARET INTERNATIONAL, INC., a Texas corporation,<br><br>Defendant. | Case No.: 2:10-cv-1625-LDG-RJJ<br><br>**STIPULATION FOR WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS [DOCUMENT #7] AND LEAVE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

Plaintiff, D.I. FOOD & BEVERAGE OF LAS VEGAS, LLC ("D.I.") and Defendant, RICK'S CABARET INTERNATIONAL, INC. ("RICK'S"), by and through their respective counsel undersigned, hereby stipulate and agree as follows:

1. RICK'S Motion to Dismiss [Document #7], currently pending and filed on October 15, 2010, is hereby withdrawn.

2. D.I. shall have leave to amend its Complaint and shall have until and including Friday, November 19, 2010, to file and serve its Amended Complaint.

3. Following filing and service of the Amended Complaint, RICK'S, within the time period prescribed by Rule 15(a)(3) of the Federal Rules of Civil Procedure,

shall file and serve its responsive pleading to the Amended Complaint, unless such time is extended by the parties' stipulation or Order of the Court.

4. Nothing in this Stipulation shall operate to prohibit RICK'S from re-filing its current Motion to Dismiss or a Motion to Dismiss on other or additional grounds in response to the Amended Complaint.

IT IS SO STIPULATED.

DATED November 1st, 2010.                    DATED November 1st, 2010.

**GLOBAL BUSINESS LAWYERS**                  **GREENBERG TRAURIG**
**LOVAAS & LEHTINEN, P.C.**

By: _____                  By: _____
AARON D. LOVAAS                              MARK E. FERRARIO
Nevada Bar No. 5701                          Nevada Bar No. 1625
KRISTAN E. LEHTINEN                          BRANDON E. ROOS
Nevada Bar No. 8155                          Nevada Bar No. 7888
6128 W. Sahara Ave.                          3773 Howard Hughes Pkwy.
Las Vegas, NV 89146                          Suite 400 North
Attorneys for Plaintiff                      Las Vegas, NV 89169
                                             Attorneys for Defendant

ORDER

IT IS SO ORDERED.

DATED this 4 day of November 2010.

_____
Lloyd D. George
Sr. U.S. District Judge