AARON D. LOVAAS, ESQ.
Nevada Bar No. 5701
aaron@globalbusinesslawyersusa.com
KRISTAN E. LEHTINEN, ESQ.
Nevada Bar No. 8155
kristan@globalbusinesslawyersusa.com
**GLOBAL BUSINESS LAWYERS**
**LOVAAS & LEHTINEN, P.C.**
6128 W. Sahara Ave.
Las Vegas, NV 89146
Phone: (702) 388-1011
Fax: (702) 387-1011
Attorneys for Plaintiff
D.I. FOOD & BEVERAGE OF LAS VEGAS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| D.I. FOOD & BEVERAGE OF LAS VEGAS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RICK'S CABARET INTERNATIONAL, INC., a Texas corporation,<br><br>Defendant. | Case No.: 2:10-cv-1625-LDG-RJJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, D.I. FOOD & BEVERAGE OF LAS VEGAS, LLC ("D.I.") and Defendant, RICK'S CABARET INTERNATIONAL, INC. ("RICK'S"), by and through their respective counsel undersigned, hereby stipulate and agree that this matter be DISMISSED WITH PREJUDICE.

/ / /
/ / /
/ / /
/ / /
/ / /

There have been no trial dates or other matters scheduled in this case.

IT IS SO STIPULATED.

DATED January 24, 2011.                    DATED January 24, 2011.

**GLOBAL BUSINESS LAWYERS**                **GREENBERG TRAURIG**
**LOVAAS & LEHTINEN, P.C.**

By: _____              By: _____
AARON D. LOVAAS                            MARK E. FERRARIO
Nevada Bar No. 5701                        Nevada Bar No. 1625
KRISTAN E. LEHTINEN                        BRANDON E. ROOS
Nevada Bar No. 8155                        Nevada Bar No. 7888
6128 W. Sahara Ave.                        3773 Howard Hughes Pkwy.
Las Vegas, NV 89146                        Suite 400 North
Attorneys for Plaintiff                    Las Vegas, NV 89169
                                           Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED this 31 day of January, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge